**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

SKAT TAX REFUND SCHEME LITIGATION

This document relates to:

1:19-cv-01781-LAK, 1:19-cv-01785-LAK, 1:19-
cv-01791-LAK, 1:19-cv-01783-LAK, 1:19-cv-
01788-LAK, 1:19-cv-01794-LAK, 1:19-cv-01798-
LAK, 1:19-cv-01918-LAK, 1:19-cv-01922-LAK,
1:19-cv-01926-LAK, 1:19-cv-01928-LAK, 1:19-
cv-01929-LAK, 1:19-cv-01931-LAK, 1:19-cv-
01800-LAK, 1:19-cv-01803-LAK, 1:19-cv-01809-
LAK, 1:19-cv-01812-LAK, 1:19-cv-01818-LAK,
1:19-cv-01792-LAK, 1:19-cv-01806-LAK, 1:19-
cv-01808-LAK, 1:19-cv-01815-LAK, 1:19-cv-
01870-LAK, 1:19-cv-01801-LAK, 1:19-cv-01810-
LAK, 1:19-cv-01813-LAK

Master Docket 18-md-02865 (LAK)
ECF Case

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINTS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties that the current June 29, 2020 deadline for Defendants in the above-referenced

actions to answer the Amended Complaints filed by plaintiff Skatteforvaltningen ("SKAT")

pursuant to the Court's Order dated April 13, 2020 (Dkt. 317) shall be extended for four (4) days

to and including July 3, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and

Defendants expressly reserve, any and all defenses.

This is the parties' second request to modify the time to answer or otherwise respond to the

Amended Complaints.  By order dated May 14, 2020, this Court granted the Consolidated

Defendants' request to extend the time to answer or respond to SKAT's new and amended complaints to June 29, 2020.  *See* Dkt. 336.

Dated:  New York, New York
       June 28, 2020

/s/  *Michelle A. Rice*
MICHELLE A. RICE
KAPLAN RICE LLP
142 West 57th Street, Suite 4A
New York, NY 10019
(212) 333-0227
mrice@kaplanrice.com
*Attorney for Defendants Joseph Herman,*
*David Zelman, Edwin Miller, Ronald Altbach,*
*Perry Lerner, Robin Jones, Albedo*
*Management LLC Roth 401(K) Plan, Ballast*
*Ventures LLC Roth 401(K) Plan, Fairlie*
*Investments LLC Roth 401(K) Plan, Bareroot*
*Capital Investments LLC Roth 401(K) Plan,*
*Battu Holdings LLC Roth 401K Plan, Cantata*
*Industries LLC Roth 401(K) Plan, Dicot*
*Technologies LLC Roth 401(K) Plan,*
*Vanderlee Technologies Pension Plan, Cedar*
*Hill Capital Investments LLC Roth 401(K)*
*Plan, Fulcrum Productions LLC Roth 401(K)*
*Plan, Green Scale Management LLC Roth*
*401(K) Plan, Keystone Technologies LLC Roth*
*401(K) Plan, Tumba Systems LLC Roth 401(K)*
*Plan, Crucible Ventures LLC Roth 401(K)*
*Plan, Limelight Global Productions LLC Roth*
*401(K) Plan, Plumrose Industries LLC Roth*
*401K Plan, Roadcraft Technologies LLC Roth*
*401(K) Plan, True Wind Investments LLC Roth*
*401(K) Plan, Eclouge Industry LLC Roth*
*401(K) Plan, First Ascent Worldwide LLC*
*Roth 401(K) Plan, Loggerhead Services LLC*
*Roth 401(K) Plan, PAB Facilities Global LLC*
*Roth 401(K) Plan, Trailing Edge Productions*
*LLC Roth 401(K) Plan, Monomer Industries*
*LLC Roth 401(K) Plan, Pinax Holdings LLC*
*Roth 401(K) Plan, and Sternway Logistics LLC*
*Roth 401(K) Plan*

/s/  *John McGoey*
*(e-signed with Consent)*
JOHN MCGOEY
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004
(212) 837-6000
John.McGoey@hugheshubbard.com
*Attorney for Plaintiff Skatteforvaltningen*

SO ORDERED:

_____
Hon. Lewis A.  Kaplan
United States District Judge